FILED
2009 Nov-05 PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WESLEY MEAD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 2:09-cv-01593-JHH-JEO |
| | ) |
| WARDEN CHERYL PRICE and | ) |
| THE ATTORNEY GENERAL OF THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. 5) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice as the court is without jurisdiction to consider the same. An appropriate order will be entered.

**DONE** this the ___5th___ day of November, 2009.

_____
SENIOR UNITED STATES DISTRICT JUDGE