FILED

2009 Nov-05  PM 02:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

WESLEY MEAD,                                  )
                                              )
                 Petitioner,                  )
                                              )
v.                                            )          2:09-cv-01593-JHH-JEO
                                              )
WARDEN CHERYL PRICE and                       )
THE ATTORNEY GENERAL OF THE                   )
STATE OF ALABAMA,                             )
                                              )
                 Respondents.                 )

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, this

action is **DISMISSED WITHOUT PREJUDICE**.

**DONE** this the __5th__ day of November, 2009.



_____
SENIOR UNITED STATES DISTRICT JUDGE